IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01718-BNB

JERRIE M. RAMOS,
Applicant,

v.

JULIE WANDS, Warden FCI Florence,
Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Jerrie M. Ramos, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Florence, Colorado. Mr. Ramos initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order filed on July 21, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Ramos to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Ramos either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Ramos was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Ramos has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's July 21 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __26th__ day of __August__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01718-BNB

Jerrie M. Ramos
Reg No. 08168-091
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/27/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk